## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS FREEMAN MARTIN,<br><br>    Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendant. | Case No: 1:17-cv-00730-SEB-MJD<br><br>Honorable Judge Sarah E. Barker |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, NICHOLAS FREEMAN MARTIN ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: __3/9/2018__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
 (630) 575-8181
nvolheim@sulaimanlaw.com

Patrick B. Healy
Lewis Brisbois Bisgaard & Smith LLP
909 Wrights Summit Parkway, Suite 230
Ft. Wright, KY 41011
(859) 663-9890
patrick.healy@lewisbrisbois.com